# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAY HOSHAK, <br><br> Plaintiff, <br><br> vs. <br><br> SYSCO FOOD SERVICES OF PITTSBURGH, LLC. <br><br> Defendant. | 2:06cv176 <br> Electronic Filing |

## MEMORANDUM ORDER

AND NOW, this 28th day of July, 2008, after de novo review of the record and upon due consideration of the magistrate judge's report and recommendation filed on July 3, 2008, and plaintiff's objections thereto, IT IS ORDERED that the Defendants' Motion for Summary Judgment (Doc. No. 34) be, and the same hereby is, granted. The report and recommendation as augmented herein is adopted as the opinion of the court.

Plaintiff's objections are without merit. Plaintiff has advanced no sound basis to distinguish Phillips v. Babcock & Wilcox, 503 A.2d 36, 38 (Pa. Super. 1986), the holding of which is particularly persuasive here where plaintiff elected not to pursue to exhaustion any protection afforded under the Collective Bargaining Agreement. Similarly, plaintiff has failed to advance any persuasive grounds for recognizing a common law cause of action under the circumstances. Consequently, the entry of summary judgment in defendant's favor is appropriate.

                                                                                         s/ David Stewart Cercone
                                                                                         David Stewart Cercone
                                                                                         United States District Judge

cc: Honorable Lisa Pupo Lenihan
U.S. Magistrate Judge

Neal A. Sanders, Esquire
Dirk D. Beuth, Esquire
Law Office of Neal Sanders
1924 North Main Street Extension
Butler, PA 16001

Francis C. Rapp, Jr., Esquire
Feldstein Grinberg Stein & McKee
428 Boulevard of the Allies
Pittsburgh, PA 15219